■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEMENT OFOBEZE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chetta, J.), imposed December 27, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Balletta, Eiber and Copertino, JJ., concur.